AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
AUG 13 2019
BY ARTHUR JOHNSTON, DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Guadalupe MARTINEZ-Sanchez<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 2:19 mj 23-mtp<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2019__ in the county of __Jasper__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1) & (2) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Brent Druery, SA HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/13/2019

_____
Judge's signature

City and state: Jackson, Mississippi — Mike T. Parker, United States Magistrate Judge
Printed name and title

## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2.      I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Guadalupe MARTINEZ-Sanchez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Guadalupe MARTINEZ-Sanchez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3.      On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 95 Commerce Drive, Bay Springs, Mississippi 39338, ICE officials encountered Guadalupe MARTINEZ-Sanchez (Alien # XXXXX1829), an illegal alien from Mexico. Record checks for MARTINEZ-Sanchez revealed one prior removal by U.S. immigration officials. On or about

November 28, 2014, MARTINEZ-Sanchez was encountered by U.S. immigration officials in Arizona and was processed as an Expedited Removal. She was thereafter removed to Mexico from Douglas, Arizona, on or about November 28, 2014. Queries within ICE databases revealed Guadalupe MARTINEZ-Sanchez has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5.      Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Guadalupe MARTINEZ-Sanchez, is a citizen and national of Mexico, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this 13th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE